**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Christopher Michael FISHER, Defendant–Appellant.**

**No. 05–40892**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 14, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly E. Odom, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before BARKSDALE, STEWART and CLEMENT, Circuit Judges.

PER CURIAM: *

Christopher Michael Fisher appeals his sentence following his conviction of alien-smuggling for profit. He contends that the district court erred by adjusting his offense level because he recklessly created a substantial risk of death or serious bodily injury.

The district court did not err by adjusting Fisher's offense level. Fisher carried a passenger in a cargo compartment underneath the floorboard of the sleeper section of his tractor-trailer that was not designed to hold people. Moreover, Fisher was deliberately ignorant of the hiding positions of his passengers. *See United States v. Rodriguez–Mesa*, 443 F.3d 397, 403 (5th Cir.2006).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.